BROWN, WEGNER & BERLINER LLP
Matthew K. Wegner (SBN 223062)
2603 Main Street, Suite 1050
Irvine, California 92614
949.705.0080; Fax 949.794.4099
Attorneys for Plaintiff KIM SILL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

KIM SILL

Plaintiff(s),

v.

GARY KASKEL

Defendant(s).

CASE NUMBER

CV13-06629 DDP(MANx)

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

December 30, 2013
Date

/s/ Matthew K. Wegner
*Signature of Attorney/Party*

NOTE:  **F.R.Civ.P. 41(a)**: *This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

**F.R.Civ.P. 41(c)**: *Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*